### June 17, 2016

| | | |
|---|---|---|
| CAAP –14– 0001 379, CAAP –14– 0001 381, CAAP –14– 0001 384 | Brown v. Brent | Affirmed, Vacated and Remanded |
| CAAP –14– 0001 358 | State v. Todani | Affirmed |

### June 20, 2016

| | | |
|---|---|---|
| CAAP –14– 0000 871 | LE v. VM | Affirmed |
| CAAP –14– 0001 079 | State v. Eager | Affirmed |

### June 21, 2016

| | | |
|---|---|---|
| CAAP –15– 0000 432 | State v. Jhun | Affirmed |

### June 22, 2016

| | | |
|---|---|---|
| CAAP –13– 0006 069 | Bank of America, N.A. v. Hermano | Affirmed |
| CAAP –15– 0000 374 | State v. Ardona | Affirmed |
| CAAP –15– 0000 131 | State v. Erum | Affirmed |

### June 24, 2016

| | | |
|---|---|---|
| CAAP –14– 0000 436, CAAP –14– 0001 238 | Association of Apartment v. Thai Hawaiian Massage, Inc. | Vacated and Remanded |